**Alfred H. COLBY, Trustee, Appellant, v. Albert FREEDMAN, Appellee.**

Circuit Court of Appeals, First Circuit.
January 8, 1929.

No. 2321.

1010

PER CURIAM. Upon stipulation, it is ordered that this appeal be, and the same hereby is, dismissed, without costs to either party.